

AMALGAMATED BANK, Respondent, v HELMSLEY-SPEAR, INC., Defendant, and SCHNEIDER & SCHNEIDER, INC., et al., Appellants.

Submitted December 16, 2013; decided March 27, 2014

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied the motion to intervene, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

DANIEL CAPRUSO et al., Respondents, v VILLAGE OF KINGS POINT et al., Appellants.

STATE OF NEW YORK, Respondent, v VILLAGE OF KINGS POINT, Appellant.

Submitted March 24, 2014; decided March 27, 2014

Motion by Citizens Campaign for the Environment et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

DANIEL CAPRUSO et al., Respondents, v VILLAGE OF KINGS POINT et al., Appellants.

STATE OF NEW YORK, Respondent, v VILLAGE OF KINGS POINT, Appellant.

Submitted March 24, 2014; decided March 27, 2014

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.